RITA F. KALINOWSKI, an Infant, by JOHN KALINOWSKI, Her Guardian ad Litem, Appellant, *v.* JOSEPH T. RYERSON & SON, INC., Respondent, Impleaded with Others.

JOHN KALINOWSKI, Appellant, *v.* JOSEPH T. RYERSON & SON, INC., Respondent, Impleaded with Others.

(Argued January 21, 1935; decided February 27, 1935.)

*Thomas R. Wheeler* for motions.
*William J. Brock* opposed.

Motions denied, without costs.